Julie Klein Fischer
Shelli D. Stewart
MORROW & FISCHER, PLLC
332 North Broadmore Way, Suite 102
Nampa, Idaho  83687
Telephone:	(208) 475-2200
Facsimile:	(208) 475-2201
ISB No.:	2451, 7459
*jfischer@morrowfischer.com*
*sstewart@morrowfischer.com*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARISA LANE; CARRIEANNE KOWALCZYK; JOHN DOES 1-100; JANE DOES 1-100, <br><br> Plaintiffs, <br><br> -vs- <br><br> HUMANA MARKETPOINT, INC., a Kentucky Corporation, and HUMANA, INC., a Delaware corporation, <br><br> Defendants. | **CASE NO. 1:09-CV-380** <br><br> **STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. 37)** |

COME NOW, the Plaintiffs, by and through their counsel of record, the law firm of MORROW & FISCHER, PLLC, and Defendants, by and through their counsel of record, the law firms of STOEL RIVES, LLP and CONSTANGY, BROOKS & SMITH, LLP, and hereby stipulate as follows:

STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. 37) - 1

The deadline for Plaintiffs to file their response to Defendant's Motion for Summary Judgment (Dkt. 37), shall be extended by two days from January 10, 2011 to Wednesday, January 12, 2011.  This stipulated extension of two days will not affect the current trial schedule or any other matters pending in this case.  The stipulation was requested by counsel for Plaintiffs on the basis that counsel's schedule, including travel, interrupted preparation of the response.

This stipulation is brought pursuant to the provisions of F.R.C.P. 6(b) and Local Rule 6.1(a) and is brought in good faith, and is not interposed for the purpose of unnecessary delay.

DATED this 10th day of January, 2011.

                                                MORROW & FISCHER, PLLC

                                                By: /s/ Julie Klein Fischer
                                                      Julie Klein Fischer
                                                      Shelli D. Stewart
                                                      Attorneys for Plaintiffs

DATED this 10th day of January, 2011.

                                                CONSTANGY, BROOKS & SMITH, LLP

                                                By: /s/ James C. Coleman
                                                      James C. Coleman
                                                      Maureen Knight
                                                      Attorneys for Defendants

## CERTIFICATE OF SERVICE

  I hereby certify that on this 10th day of January, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

James C. Dale
jcdale@stoel.com

James M. Coleman
jcoleman@constangy.com

Maureen R. Knight
mknight@constangy.com

               /s/ Julie Klein Fischer

T:\Clients\L\Lane, Marisa 25002\Pleadings\Stipulation to Extend SJ Response Deadline.doc