UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARISA LANE, CARRIEANNE ZOWALCZYK, JOHN DOES 1-100,<br><br>        Plaintiffs,<br><br>   v.<br><br>HUMANA MARKETPOINT, INC., a Kentucky corporation,<br><br>        Defendant. | Case No. 1:09-CV-380-MHW<br><br>**JUDGMENT** |

    In accordance with the Court's ruling on this date on Defendant Humana Marketpoint Inc's Motion for Summary Judgment and the Court having determined that Summary Judgment is proper in this action (Dkt. 48),

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and the same hereby is dismissed with prejudice.

DATED: June 3, 2011

_____
Honorable Mikel H. Williams
United States Magistrate Judge